Sandra M. Carter
8558 Carolina Lily Lane 29
Charlotte, North Carolina, 28262
Phone: 980.272.7886
Email: sanmarie1@icloud.com

FILED
CHARLOTTE, NC

AUG 29 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| Sandra M. Carter | **CASE NO:** 3:25-CV-653-KDB |
| Plaintiff, | |
| V. | **ORIGINAL COMPLAINT** |
| PRIMELENDING, A PLAINSCAPITAL COMPANY; ALABAMA HOUSING FINANCE AUTHORITY, c/o SERVISOLUTIONS; and TRUSTEE SERVICES OF CAROLINA, LLC, | **REQUEST IN EQUITY AND DEMAND FOR JURY TRIAL** |
| Defendants | |

## ORIGINAL COMPLAINT

NOW COMES Plaintiff, Sandra M. Carter, by and through undersigned counsel, and for her Complaint against Defendants PrimeLending, A PlainsCapital Company, Alabama Housing Finance Authority c/o ServiSolutions, and Trustee Services of Carolina, LLC, respectfully alleges and states as follows:

### I. JURISDICTION & VENUE

1.     This Court also has jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000 exclusive of interest and costs, and is between

citizens of different states. Plaintiff is a citizen of North Carolina. Defendant PrimeLending is a citizen of Texas. Defendant Alabama Housing Finance Authority, c/o ServiSolutions, is a citizen of Alabama. Defendant Trustee Services of Carolina, LLC, is a nominal party without a real interest in the controversy and its citizenship should be disregarded for purposes of diversity jurisdiction.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 as this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

3. Supplemental jurisdiction over state law claims exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the real property at issue is situated in this District and a substantial part of the events or omissions giving rise to the claims occurred here.

## II. THE PARTIES

1. Plaintiff Sandra M. Carter is a resident of Mecklenburg County, North Carolina, and is the owner of the real property located at [Insert Exact Street Address], Charlotte, NC 28262-6428 ("the Property").

2. Defendant PrimeLending, A PlainsCapital Company ("PrimeLending") is a Texas corporation engaged in mortgage lending and servicing, and may be served at its principal place of business in Texas.

3.     Defendant Alabama Housing Finance Authority, c/o ServiSolutions, is an Alabama entity claiming to be the current "Holder" of the note, and may be served at its business address in Alabama.

4.     Defendant Trustee Services of Carolina, LLC is the Substitute Trustee attempting to foreclose on the Property and may be served at its business address in North Carolina.

## III. FACTUAL BACKGROUND

1.     Plaintiff is the record owner of the Property, acquired via deed dated [Date], recorded in the Mecklenburg County Register of Deeds.

2.     On or about December 17, 2015, Plaintiff, without the benefit of clear and accurate disclosures and under circumstances amounting to coercion and undue influence, was compelled to execute a promissory note and Deed of Trust in favor of Defendant PrimeLending, which Defendants now use as the basis for their claimed right to foreclose.

3.     The loan application and closing documents list a previous address for Plaintiff, evidencing that Plaintiff did not have lawful seisin of the Property at the time of purported execution, creating a defect in the chain of title.

4.     On July 22, 2025, Defendants initiated foreclosure proceedings against the Property via a Notice of Hearing scheduled for September 18, 2025. (Exhibit A – Notice of Hearing).

5.     Plaintiff has not been provided with competent evidence of a valid assignment of the note and Deed of Trust sufficient to confer authority upon the foreclosing party.

6.     Pursuant to N.C.G.S.A. § 47-17.2, while an assignment of the note may serve as an assignment of the Deed of Trust, such transfer must be effective under North Carolina

ORIGINAL COMPLAINT

law. Plaintiff contends the purported assignment is void or voidable due to defects in transfer and lack of lawful seisin at origination.

7. Plaintiff has demanded proof of standing and lawful assignment but has received no adequate documentation.

8. Absent intervention by this Court, Plaintiff will suffer irreparable harm through loss of the Property without due process of law.

## IV. CLAIMS FOR RELIEF

### COUNT I – VIOLATION OF 42 U.S.C. § 1983 (DUE PROCESS)

1. Plaintiff incorporates by reference all preceding paragraphs.

2. Defendants, acting under color of state law in conducting a power-of-sale foreclosure under North Carolina law, are depriving Plaintiff of property without due process in violation of the Fourteenth Amendment.

### COUNT II – WRONGFUL FORECLOSURE / DECLARATORY RELIEF

1. Plaintiff incorporates by reference all preceding paragraphs.

2. The foreclosure is void due to lack of standing, failure to prove a valid assignment under N.C.G.S.A. § 47-17.2, and origination defects including lack of lawful seisin.

### COUNT III – RESTITUTION / UNJUST ENRICHMENT

1. Plaintiff incorporates by reference all preceding paragraphs.

2. Defendants have been unjustly enriched through collection attempts and fees without lawful authority.

## COUNT IV – VIOLATIONS OF TILA/RESPA

1.    Plaintiff incorporates by reference all preceding paragraphs.

2.    Defendants failed to provide accurate material disclosures as required by TILA and/or RESPA, as shown in the Closing Disclosures.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

**a.**    Issue a Temporary Restraining Order and Preliminary Injunction enjoining Defendants from proceeding with the foreclosure hearing scheduled for September 18, 2025;

**b.**    Declare that Defendants lack standing to foreclose upon the Property;

**c.**    Award restitution and disgorgement of all sums wrongfully collected;

**d.**    Award costs and reasonable legal fees;

**e.**    Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: *Sandra M. Carter*
Sandra M. Carter
8558 Carolina Lily Lane 29
Charlotte, North Carolina, 28262
Phone: ~~980.272.7886~~
Email: sanmarie1@icloud.com        Pro se

704.773.4861

ORIGINAL COMPLAINT